## SELDEN *v.* MONTAGUE.

### APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF VIRGINIA.

No. 190. Argued April 4, 5, 1904.—Decided April 25, 1904.

Dismissed on authority of preceding case.

ARGUED simultaneously with and by the same counsel as *Jones* v. *Montague,* p. 147 ante.

MR. JUSTICE BREWER delivered the opinion of the court.

This is a suit in equity brought to obtain by injunction the same relief as was sought in the preceding case. The facts and conditions are substantially similar, and for the reasons there given the appeal will be dismissed without costs to either party.